JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| NORMA GONZALEZ-SCHULTZ, | CV 21-6837-RSWL-JCx |
|---|---|
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, et al., | |
| Defendants. | |

On September 27, 2022, the above matter commenced in a bench trial before this Court. After consideration of all evidence presented, as well as the Parties' arguments at trial, it is **HEREBY ORDERED, ADJUDGED, and DECREED** that Judgment be entered in favor of Plaintiff Norma Gonzalez-Schultz.

**IT IS SO ORDERED.**

DATED: November 16, 2022         */S/ RONALD S.W. LEW*
                                **HONORABLE RONALD S.W. LEW**
                                Senior U.S. District Judge